ACCEPTED
01-14-00774-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 11:59:49 AM
CHRISTOPHER PRINE
CLERK

## NO.   01-14-00774-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 11:59:49 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **FIRST COURT** |
| | § | |
| **LUIS CARLOS RODRIGUEZ** | § | **OF APPEALS** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Luis Carlos Rodriguez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.    This case is on appeal from the 240th Judicial District Court of Fort Bend County, Texas.

2.    The case below was styled the STATE OF TEXAS vs. Luis Carlos Rodriguez, and numbered 07-DCR-046309.

3.    Appellant was convicted of capital murder.

4.    Appellant was assessed a sentence of life imprisonment on September 4, 2014.

5.    Notice of appeal was given on September 15, 2014.

6.    The clerk's record was filed on October 22, 2014; the reporter's record

was filed on April 16, 2015.

7. The appellate brief was due on June 15, 2015.

8. Appellant requests an extension of time of 60 days from the present date.

9. No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

James Stevens was the trial counsel for Appellant, and was receiving all the notices from the Court of Appeals on this case. Judge Culver signed an order permitting Mr. Stevens to withdraw as Appellant's attorney on September 29, 2014. Stephen A. Doggett was appointed to represent Appellant on September 18, 2014. Stephen A. Doggett did not receive any of the notices from the Court of Appeals and did not know the brief was due on June 15, 2015 or that the reporter's record had been filed. Stephen A. Doggett is scheduled to begin a murder trial on August 25, 2015 in the 400th Judicial District Court in Fort Bend County, Texas. Appellant's attorney, Stephen A. Doggett, is currently out of state on vacation until Tuesday, July 14, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such

other and further relief as the Court may deem appropriate.

Respectfully submitted,

Kasey A. Doggett
201 South Eleventh Street
Richmond, Texas 77469
Tel: (281) 342-3321
Fax: (281) 341-8458

By:_____
Kasey A. Doggett on behalf of Stephen
A. Doggett, Attorney for Luis Carlos
Rodriguez
State Bar No. 24050522

## CERTIFICATE OF SERVICE

This is to certify that on July 10, 2015, a true and correct copy of the above

and foregoing document was served on the District Attorney's Office, Fort Bend

County by e-mail to John.Harrity@fortbendcountytx.gov and

Gail.McConnell@fortbendcountytx.gov.

_____
Kasey A. Doggett

| STATE OF TEXAS | § |
| --- | --- |
| | § |
| COUNTY OF FORT BEND | § |

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared Kasey A. Doggett, who after being duly sworn stated:

"I have spoken with the attorney for the state, John Harrity, and the attorney for the appellant, Stephen A. Doggett, in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



_____
Kasey A. Doggett
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on July 10 _____,

2015, to certify which witness my hand and seal of office.

RADHIKA BHARAT DAVE
Notary Public, State of Texas
My Commission Expires
December 18, 2017

_____
Notary Public, State of Texas